# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dental Village Limited,<br><br>        Petitioner,<br><br>v.<br><br>Robert A Rodriguez,<br><br>        Respondent. | No. CV-17-00505-TUC-CKJ (EJM)<br><br>**ORDER** |

On October 9, 2017, Plaintiff filed a Petition to Confirm Arbitration Award against Defendant. (Doc. 1). On December 6, 2017, Plaintiff filed a notice that service was executed on Defendant. (Doc. 14). To date, Defendant has not filed an answer or otherwise made an appearance in this matter, nor has Plaintiff filed any pleadings or other documents, with the exception of a recent Notice of Change of Firm Name, Address, and Email Address. (Doc. 15). Based on the foregoing,

**IT IS HEREBY ORDERED** that, on or before **October 5, 2018**, Plaintiff shall file an affidavit or declaration under the penalty of perjury showing good cause why this case should not be dismissed pursuant to LRCiv 41.1.

**IT IS FURTHER ORDERED** that this case shall be closed, without further notice, should Plaintiff fail to file a writing in response to this Order.

Dated this 13th day of September, 2018.

Eric J. Markovich
United States Magistrate Judge